**Leon COLEMAN, a/k/a Mr., Plaintiff—Appellant,**

v.

**MARYLAND PAROLE COMMISSION; Commissioner C. Beikert; T. Howell, # 23; Commissioner Patterson; All Parole Agents, Parole Associates, Names Unknown, Defendants–Appellees.**

No. 09–6739.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2009.

Decided: Sept. 3, 2009.

Leon Coleman, Appellant Pro Se.

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

38

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leon Coleman appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Coleman v. Maryland Parole Comm'n,* No. 1:09–cv–00749–BEL (D.Md. April 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*